**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**<u>JACKSONVILLE DIVISION</u>**

| | | |
|---|---|---|
| In re | ) | |
| MARILYN M. HOLLAN, | ) | Case No. :3:12-bk-2937-JAF |
| Debtor. | ) | Chapter 11 |
| _____ | ) | |

**<u>MOTION FOR FINAL DECREE AND ENTRY OF DISCHARGE</u>**

In accordance with Rule 3022, Federal Rules of Bankruptcy Procedure, and 11 U.S.C. § 1141(d)(5)(A), debtor, Marilyn M. Hollan ("Debtor"), moves the Court for the entry of a discharge and final decree, and in support of the motion states:

1.   1.   Debtor filed this chapter 11 case on April 30, 2012.

2.   On November 6, 2013, the Court entered an Order Confirming Amended Chapter 11 Plan of Reorganization [Docket No. 309] (the "Confirmation Order").

3.   The Confirmation Order provides, in pertinent part:

> Upon completion of all payments to Class 30 Unsecured Creditors under the Plan, the Debtor will receive a discharge of all pre-confirmation debts, whether or not the creditor files a Proof of Claim, accepts the Plan, or has an Allowed Claim, except as provided in § 1141 of the Bankruptcy Code.
>
> Confirmation Order, Article IXX.

4. The Debtor has completed the payments to her Class 30 General Unsecured Creditors contemplated by the Plan as shown in the certificate of substantial consummation attached hereto as **Exhibit A**. All administrative claims have been paid or are being paid as agreed with the claimants.

5. Having completed the Plan payments, the conditions to discharge have been satisfied and the Debtor is eligible for a discharge pursuant to 11 U.S.C. § 1141(d)(5)(A).

6. The Plan has thus been "substantially consummated" within the meaning of 11 U.S.C. § 1101(2).

7. All adversary proceedings, contested matters and objections to claims have been concluded.

8. There is no reasonable cause to believe that 11 U.S.C. § 522(q)(1) is applicable to the Debtors, and there is no pending proceeding in which the Debtors may be found guilty of a felony of the kind described in 11 U.S.C. § 522(q)(1)(A) or liable for a debt of the kind described in 11 U.S.C. § 522(q)(1)(B).

9. Pursuant to Rule 1007(b)(7), Federal Rules of Bankruptcy Procedure, the undersigned represents that the Debtor has filed a statement of completion of the postpetition personal financial management course.

WHEREFORE, the Debtor respectfully requests (i) entry of a discharge, (ii) entry of a final decree closing this Chapter 11 case, and (iii) such other relief as is appropriate.

**THAMES MARKEY & HEEKIN, P.A.**

*/s/ Robert A. Heekin, Jr.*
By _____
   Robert A. Heekin, Jr.

Florida Bar Number 0652083
50 North Laura Street, Suite 1600
Jacksonville, Florida 32202
(904) 358-4000
(904) 358-4001 (Facsimile)
rah@tmhlaw.net

Attorneys for Marilyn M. Hollan

# Exhibit A

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| MARILYN M. HOLLAN, | ) | Case No. :3:12-bk-2937-JAF |
| Debtor. | ) | Chapter 11 |
| _____ | ) | |

### CERTIFICATE OF SUBSTANTIAL CONSUMMATION

In accordance with 11 U.S.C. § 1101(2) and Local Rule 3022-1, debtor, Marilyn M. Hollan, certifies that the Amended Plan of Reorganization dated December 27, 2012, which was confirmed by this Court on November 6, 2013 [Docket No. 309] (the "Plan"), has been substantially consummated. In support of this certification, debtor states:

1. All adversary proceedings, contested matters and objections to claims have been concluded.

2. All transactions contemplated by the Plan have been consummated.

3. I have completed all payments due to Class 30 General Unsecured Creditors under the confirmed Plan as set forth in the attached distribution report. Any payments to Class 30 General Unsecured Creditors, if not timely cashed, will be afforded the treatment provided by Section 21.4 of the Plan.

4. All administrative claims have been paid in full or are being paid in accordance with agreements between Debtor and the administrative claim holder.

5. I am current on all payments required under the leases and executory contracts assumed during the pendency of the Chapter 11 case.

6. I am current in my payments of quarterly fees to the United States Trustee, up to and including the second quarter of 2016, and will make all future payments required for disbursements accruing through the entry of the Final Decree.

_____
Marilyn M. Hollan

## ACKNOWLEDGMENT

STATE OF Arkansas
COUNTY OF Benton

The foregoing instrument was acknowledged before me this 5 day of October, 2016, by Marilyn M. Hollan, who is ☐ personally known to me or ☒ who has produced Drivers Lic as identification.

_____
Notary Public, State of Arkansas
Name: Diane Holmes
My Commission Expires: 7/17/2025
My Commission Number is: 12690404

556



DIANE HOLMES
MY COMMISSION # 12690404
EXPIRES: July 17, 2025
Benton County

**Marilyn M. Hollan**
**Case No. 3:12-bk-02937-JAF**
**Proposed Distributions**

| Creditor | Allowed | Percentage | Distribution | Notes |
|---|---|---|---|---|
| **Unsecured Claims** | **Distribution *** | **$2,500.00** | | |
| American Express (xxxx1009) | 459.25 | 0.03% | 0.81 | Becket and Lee, LLP, Attorney for AMEX, Post Office Box 3001, Malvern, Pennsylvannia 19355-0701 |
| Aurora Bank, FSB - Nationstar Mortgage, LLC (x8425, Apt. 234, Unit 9-B) | 51,464.92 | 3.62% | 90.49 | Nationstar Mortgage, LLC, Bankruptcy Department, 350 Highland Drive, Lewisville, Texas 75067 |
| Aurora Bank, FSB (x8052, Apt. 232, Unit 9-D) | 51,133.31 | 3.60% | 89.90 | Aurora Loan Servicing, Attn: Cashiering, Post Office Box 5180, Denver, Colorado 80217-5180 |
| Aurora Bank, FSB - Nationstar Mortgage, LLC (x8243, Apt. 233, Unit 9-C) | 48,550.94 | 3.41% | 85.36 | Nationstar Mortgage, LLC, Bankruptcy Department, 350 Highland Drive, Lewisville, Texas 75067 |
| Aurora Bank, FSB (x8607, Apt. 235, Unit 9-A) | 53,070.69 | 3.73% | 93.31 | Aurora Loan Servicing, Attn: Cashiering, Post Office Box 5180, Denver, Colorado 80217-5180 |
| Bank of America (xxxx1831) | 15,525.00 | 1.09% | 27.30 | Post Office Box 982235, El Paso, Texas 79998-2235 |
| Bank of NY Mellon (x2139, Apt. 206, Unit 2-B) | 50,120.58 | 3.52% | 88.12 | Bank of New York as trustee for CWALT 2006-26CB c/o Shellpoint Mortgage Servicing, Post Office Box 10826, Greenville, South Carolina 29603-0826 |
| Bank of NY Mellon (x3186, Apt. 207, Unit 2-A) | 50,657.44 | 3.56% | 89.07 | Bank of New York as trustee for CWALT 2006-26CB c/o Shellpoint Mortgage Servicing, Post Office Box 10826, Greenville, South Carolina 29603-0826 |
| Bank of NY Mellon (x1355, Apt. 205, Unit 2-C) | 49,293.08 | 3.47% | 86.67 | Bank of New York as trustee for CWALT 2006-26CB c/o Shellpoint Mortgage Servicing, Post Office Box 10826, Greenville, South Carolina 29603-0826 |
| Bank of NY Mellon - Bank of America, N.A.  (x0963, Apt. 204, Unit 2-D) | 54,884.62 | 3.86% | 96.50 | Bank of New York as trustee for CWALT 2006-26CB c/o Shellpoint Mortgage Servicing, Post Office Box 10826, Greenville, South Carolina 29603-0826 |
| David B. Hollan (Apt. 216, Unit 5-D) | 12,500.00 | 0.88% | 21.98 | 2405 Stonehaven Court, Orange Park, Florida 32065 |
| David B. Hollan (Apt. 217, Unit 5-C) | 27,500.00 | 1.93% | 48.35 | 2405 Stonehaven Court, Orange Park, Florida 32065 |
| Jacksonville Bank - Sutherland Asset I, LLC (x0976, Apt. 200-203, 1A - 1D) | 82,009.33 | 5.77% | 144.19 | c/o Brennan, Manna & Diamond, P.L., 800 West Monroe Street, Jacksonville, Florida 32202 |
| Kohl's (xxxx2788) | 47.32 | 0.00% | 0.08 | Post Office Box 2983, Milwaukee, Wisconsin 53201-2983 |
| PNC Bank, N.A. (x1943, Apt. 229, Unit 8-C) | 23,230.14 | 1.63% | 40.84 | PNC Mortgage, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, Ohio 45342 |
| PNC Bank, N.A. (x2561, Apt. 228, Unit 8-D) | 23,022.94 | 1.62% | 40.48 | PNC Mortgage, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, Ohio 45342 |
| PNC Bank, N.A. (x0085, Apt. 231, Unit 8-A) | 23,285.77 | 1.64% | 40.94 | PNC Mortgage, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, Ohio 45342 |
| PNC Bank, N.A. (x2324, Apt. 230, Unit 8-B) | 23,075.39 | 1.62% | 40.57 | PNC Mortgage, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, Ohio 45342 |
| Town of Orange Park (1188 Gano Ave.) | 3,303.01 | 0.23% | 5.81 | 2042 Park Avenue, Orange Park, Florida 32073 |
| U.S. Bank, N.A. (x6088, Apt. 220, Unit 6-D) | 44,066.62 | 3.10% | 77.48 | BSI Financial Services, Attn: Payment Processing Department, 314 South Franklin Street, Titusville, Pennsylvania 16354 |
| U.S. Bank, N.A. (x6112, Apt. 223, Unit 6-A) | 44,857.66 | 3.15% | 78.87 | BSI Financial Services, Attn: Payment Processing Department, 314 South Franklin Street, Titusville, Pennsylvania 16354 |
| U.S. Bank, N.A. (x6096, Apt. 221, Unit 6-C) | 40,561.06 | 2.85% | 71.31 | BSI Financial Services, Attn: Payment Processing Department, 314 South Franklin Street, Titusville, Pennsylvania 16354 |
| U.S. Bank, N.A. (x6104, Apt. 222, Unit 6-B) | 43,117.76 | 3.03% | 75.81 | BSI Financial Services, Attn: Payment Processing Department, 314 South Franklin Street, Titusville, Pennsylvania 16354 |
| U.S. Bank, N.A. (x6146, Apt. 219, Unit 5-A) | 45,427.54 | 3.19% | 79.87 | BSI Financial Services, Attn: Payment Processing Department, 314 South Franklin Street, Titusville, Pennsylvania 16354 |
| U.S. Bank, N.A. (x6153, Apt. 218, Unit 5-B) | 42,230.01 | 2.97% | 74.25 | BSI Financial Services, Attn: Payment Processing Department, 314 South Franklin Street, Titusville, Pennsylvania 16354 |
| VyStar Credit Union (x0370, Apt. 208-211, 3A - 3D) | 110,457.92 | 7.77% | 194.21 | c/o Michael S. Waskiewicz, Esq., 1301 Riverplace Boulevard, Suite 1500, Jacksonville, Florida 32207 |
| VyStar Credit Union (x0394, Apt. 212-215, 4A - 4D) | 131,541.88 | 9.25% | 231.28 | c/o Michael S. Waskiewicz, Esq., 1301 Riverplace Boulevard, Suite 1500, Jacksonville, Florida 32207 |
| VyStar Credit Union (x0419, Apt. 236-239, 10A - 10D) | 135,039.27 | 9.50% | 237.43 | c/o Michael S. Waskiewicz, Esq., 1301 Riverplace Boulevard, Suite 1500, Jacksonville, Florida 32207 |
| VyStar Credit Union (x0450, Apt. 240-243, 11A - 11D) | 136,609.95 | 9.61% | 240.19 | c/o Michael S. Waskiewicz, Esq., 1301 Riverplace Boulevard, Suite 1500, Jacksonville, Florida 32207 |
| VyStar Credit Union (xxxx5231) | 4,858.42 | 0.34% | 8.54 | Post Office Box 45085, Jacksonville, Florida 32232-5085 |
| **Unsecured Totals** | **1,421,901.82** | **100.00%** | **2,500.00** | |

| Tag | Category | Num | Date | Clr | Amount |
|---|---|---|---|---|---|
| Class 10 | Mortgage # 206 5450 | 1109 | 1/20/2015 | c | -264.36 |
| Class 10 | Mortgage # 206 5450 | 1052 | 3/17/2015 | c | -100.00 |
| Class 10 | Mortgage # 206 5450 | 1054 | 6/27/2015 | c | -100.00 |
| Class 10 | Mortgage # 206 5450 | 1208 | 12/10/2015 | c | -100.00 |
| Class 10 | Mortgage # 206 5450 | 1257 | 3/28/2016 | c | -100.00 |
| Class 10 | Mortgage # 206 5450 | 1438 | 6/28/2016 | c | -100.00 |
| Class 10 | Mortgage # 206 5450 | 1230 | 8/16/2016 | c | -898.04 |
| Class 10 | | 1157 | 9/25/2015 | c | -100.00 |
| **Class 10 Total** | | | | | -1,762.40 |
| Class 11 | Mortgage # 207 5454 | 1110 | 1/20/2015 | c | -267.21 |
| Class 11 | Mortgage # 207 5454 | 1053 | 3/17/2015 | c | -100.00 |
| Class 11 | Mortgage # 207 5454 | 1055 | 6/27/2015 | c | -100.00 |
| Class 11 | Mortgage # 207 5454 | 1158 | 9/25/2015 | c | -100.00 |
| Class 11 | Mortgage # 207 5454 | 1207 | 12/10/2015 | c | -100.00 |
| Class 11 | Mortgage # 207 5454 | 1256 | 3/28/2016 | c | -100.00 |
| Class 11 | Mortgage # 207 5454 | 1437 | 6/28/2016 | c | -100.00 |
| Class 11 | Mortgage # 207 5454 | 1231 | 8/16/2016 | c | -914.19 |
| **Class 11 Total** | | | | | -1,781.40 |
| Class 14 | Mortgage Bldg 1 1775901 | 1108 | 2/4/2015 | c | -432.57 |
| Class 14 | Mortgage Bldg 1 1775901 | 1056 | 3/17/2015 | c | -150.00 |
| Class 14 | Mortgage Bldg 1 1775901 | 1053 | 6/27/2015 | c | -150.00 |
| Class 14 | Mortgage Bldg 1 1775901 | 1156 | 9/25/2015 | c | -150.00 |
| Class 14 | Mortgage Bldg 1 1775901 | 1209 | 12/10/2015 | c | -150.00 |
| Class 14 | Mortgage Bldg 1 1775901 | 1264 | 3/28/2016 | | -150.00 |
| Class 14 | Mortgage Bldg 1 1775901 | 1439 | 6/28/2016 | | -150.00 |
| Class 14 | Mortgage Bldg 1 1775901 | 1235 | 8/16/2016 | | -1,551.23 |
| **Class 14 Total** | | | | | -2,883.80 |
| Class 15 | Mortgage # 233 9860 | 1105 | 1/22/2015 | c | -256.08 |
| Class 15 | Mortgage # 233 9860 | 1066 | 3/17/2015 | c | -100.00 |
| Class 15 | Mortgage # 233 9860 | 1060 | 6/27/2015 | c | -100.00 |
| Class 15 | Mortgage # 233 9860 | 1106 | 9/25/2015 | c | -100.00 |
| Class 15 | Mortgage # 233 9860 | 1204 | 12/10/2015 | c | -100.00 |
| Class 15 | Mortgage # 233 9860 | 1253 | 3/28/2016 | c | -100.00 |
| Class 15 | Mortgage # 233 9860 | 1433 | 6/30/2016 | c | -100.00 |
| Class 15 | Mortgage # 233 9860 | 1228 | 8/16/2016 | c | -851.12 |
| **Class 15 Total** | | | | | -1,707.20 |
| Class 16 | Mortgage # 234 9878 | 1104 | 1/12/2015 | c | -271.47 |
| Class 16 | Mortgage # 234 9878 | 1065 | 3/17/2015 | c | -100.00 |
| Class 16 | Mortgage # 234 9878 | 1058 | 6/27/2015 | c | -100.00 |
| Class 16 | Mortgage # 234 9878 | 1104 | 9/25/2015 | c | -100.00 |
| Class 16 | Mortgage # 234 9878 | 1201 | 12/10/2015 | c | -100.00 |
| Class 16 | Mortgage # 234 9878 | 1250 | 3/28/2016 | c | -100.00 |
| Class 16 | Mortgage # 234 9878 | 1431 | 6/30/2016 | c | -100.00 |
| Class 16 | Mortgage # 234 9878 | 1226 | 8/16/2016 | c | -938.33 |
| **Class 16 Total** | | | | | -1,809.80 |
| Class 17 | Mortgage # 228 2561 | 1118 | 1/16/2015 | c | -121.44 |
| Class 17 | Mortgage # 228 2561 | 1058 | 3/17/2015 | c | -50.00 |
| Class 17 | Mortgage # 228 2561 | 1063 | 6/27/2015 | c | -50.00 |

| Class | Mortgage | Num | Date | | Amount |
|---|---|---|---|---|---|
| Class 17 | Mortgage # 228 2561 | 1162 | 9/25/2015 | c | -50.00 |
| Class 17 | Mortgage # 228 2561 | 1211 | 12/10/2015 | c | -50.00 |
| Class 17 | Mortgage # 228 2561 | 1269 | 3/28/2016 | c | -50.00 |
| Class 17 | Mortgage # 228 2561 | 1440 | 6/28/2016 | c | -50.00 |
| Class 17 | Mortgage # 228 2561 | 1237 | 8/16/2016 | c | -388.16 |
| Class 17 | Mortgage # 229 1943 | 1270 | 3/28/2016 | c | -50.00 |
| **Class 17 Total** | | | | | -859.60 |
| Class 18 | Mortgage # 229 1943 | 1117 | 1/16/2015 | c | -122.52 |
| Class 18 | Mortgage # 229 1943 | 1057 | 3/17/2015 | c | -50.00 |
| Class 18 | Mortgage # 229 1943 | 1062 | 6/27/2015 | c | -50.00 |
| Class 18 | Mortgage # 229 1943 | 1161 | 9/25/2015 | c | -50.00 |
| Class 18 | Mortgage # 229 1943 | 1210 | 12/10/2015 | c | -50.00 |
| Class 18 | Mortgage # 229 1943 | 1441 | 6/28/2016 | c | -50.00 |
| Class 18 | Mortgage # 229 1943 | 1236 | 8/16/2016 | c | -394.28 |
| **Class 18 Total** | | | | | -766.80 |
| Class 19 | Mortgage # 230 2324 | 1120 | 1/16/2015 | c | -121.71 |
| Class 19 | Mortgage # 230 2324 | 1060 | 3/17/2015 | c | -50.00 |
| Class 19 | Mortgage # 230 2324 | 1065 | 6/27/2015 | c | -50.00 |
| Class 19 | Mortgage # 230 2324 | 1164 | 9/25/2015 | c | -50.00 |
| Class 19 | Mortgage # 230 2324 | 1213 | 12/10/2015 | c | -50.00 |
| Class 19 | Mortgage # 230 2324 | 1423 | 3/28/2016 | c | -50.00 |
| Class 19 | Mortgage # 230 2324 | 1442 | 6/28/2016 | c | -50.00 |
| Class 19 | Mortgage # 230 2324 | 1239 | 8/16/2016 | c | -389.69 |
| **Class 19 Total** | | | | | -811.40 |
| Class 20 | Mortgage # 231 0085 | 1119 | 1/16/2015 | c | -122.82 |
| Class 20 | Mortgage # 231 0085 | 1059 | 3/17/2015 | c | -50.00 |
| Class 20 | Mortgage # 231 0085 | 1064 | 6/27/2015 | c | -50.00 |
| Class 20 | Mortgage # 231 0085 | 1163 | 9/25/2015 | c | -50.00 |
| Class 20 | Mortgage # 231 0085 | 1212 | 12/10/2015 | c | -50.00 |
| Class 20 | Mortgage # 231 0085 | 1424 | 3/28/2016 | c | -50.00 |
| Class 20 | Mortgage # 231 0085 | 1443 | 6/28/2016 | c | -50.00 |
| Class 20 | Mortgage # 231 0085 | 1238 | 8/16/2016 | c | -395.98 |
| **Class 20 Total** | | | | | -818.80 |
| Class 21 | Mortgage # 218 6153 | 1137 | 1/16/2015 | c | 0.00 |
| Class 21 | Mortgage # 218 6153 | 1046 | 2/20/2015 | c | -222.75 |
| Class 21 | Mortgage # 218 6153 | 1118 | 3/17/2015 | c | -100.00 |
| Class 21 | Mortgage # 218 6153 | 1125 | 6/27/2015 | c | -100.00 |
| Class 21 | Mortgage # 218 6153 | 1119 | 9/25/2015 | c | -100.00 |
| Class 21 | Mortgage # 218 6153 | 1219 | 12/10/2015 | c | -100.00 |
| Class 21 | Mortgage # 218 6153 | 1263 | 3/28/2016 | c | -100.00 |
| Class 21 | Mortgage # 218 6153 | 1449 | 6/28/2016 | c | -100.00 |
| Class 21 | Mortgage # 218 6153 | 1246 | 8/16/2016 | c | -662.25 |
| **Class 21 Total** | | | | | -1,485.00 |
| Class 22 | Mortgage # 219 6146 | 1136 | 1/16/2015 | c | 0.00 |
| Class 22 | Mortgage # 219 6146 | 1047 | 2/20/2015 | c | -239.61 |
| Class 22 | Mortgage # 219 6146 | 1117 | 3/17/2015 | c | -100.00 |
| Class 22 | Mortgage # 219 6146 | 1124 | 6/27/2015 | c | -100.00 |
| Class 22 | Mortgage # 219 6146 | 1112 | 9/25/2015 | c | -100.00 |
| Class 22 | Mortgage # 219 6146 | 1218 | 12/10/2015 | c | -100.00 |

| | | | | | |
|---|---|---|---|---|---:|
| Class 22 | Mortgage # 219 6146 | 1262 | 3/28/2016 | c | -100.00 |
| Class 22 | Mortgage # 219 6146 | 1448 | 6/28/2016 | c | -100.00 |
| Class 22 | Mortgage # 219 6146 | 1245 | 8/16/2016 | c | -757.79 |
| **Class 22 Total** | | | | | -1,597.40 |
| Class 23 | Mortgage # 221 6096 | 1123 | 1/16/2015 | c | 0.00 |
| Class 23 | Mortgage # 221 6096 | 1124 | 1/16/2015 | c | 0.00 |
| Class 23 | Mortgage # 221 6096 | 1049 | 2/20/2015 | | -213.93 |
| Class 23 | Mortgage # 221 6096 | 1115 | 3/17/2015 | | -100.00 |
| Class 23 | Mortgage # 221 6096 | 1122 | 6/27/2015 | | -100.00 |
| Class 23 | Mortgage # 221 6096 | 1110 | 9/25/2015 | c | -100.00 |
| Class 23 | Mortgage # 221 6096 | 1216 | 12/10/2015 | c | -100.00 |
| Class 23 | Mortgage # 221 6096 | 1260 | 3/28/2016 | c | -100.00 |
| Class 23 | Mortgage # 221 6096 | 1446 | 6/28/2016 | c | -100.00 |
| Class 23 | Mortgage # 221 6096 | 1243 | 8/16/2016 | c | -612.27 |
| **Class 23 Total** | | | | | -1,426.20 |
| Class 24 | Mortgage # 223 6112 | 1122 | 1/16/2015 | c | 0.00 |
| Class 24 | Mortgage # 223 6112 | 1051 | 2/20/2015 | | -236.61 |
| Class 24 | Mortgage # 223 6112 | 1114 | 3/17/2015 | | -100.00 |
| Class 24 | Mortgage # 223 6112 | 1121 | 6/27/2015 | | -100.00 |
| Class 24 | Mortgage # 223 6112 | 1109 | 9/25/2015 | c | -100.00 |
| Class 24 | Mortgage # 223 6112 | 1215 | 12/10/2015 | c | -100.00 |
| Class 24 | Mortgage # 223 6112 | 1259 | 3/28/2016 | c | -100.00 |
| Class 24 | Mortgage # 223 6112 | 1445 | 6/28/2016 | c | -100.00 |
| Class 24 | Mortgage # 223 6112 | 1242 | 8/16/2016 | c | -740.79 |
| **Class 24 Total** | | | | | -1,577.40 |
| Class 25 | Mortgage Bldg 3 370 | 1113 | 1/23/2015 | c | -582.63 |
| Class 25 | Mortgage Bldg 3 370 | 1061 | 3/17/2015 | c | -250.00 |
| Class 25 | Mortgage Bldg 3 370 | 1048 | 6/27/2015 | c | -250.00 |
| Class 25 | Mortgage Bldg 3 370 | 1152 | 9/25/2015 | c | -250.00 |
| Class 25 | Mortgage Bldg 3 370 | 1220 | 12/10/2015 | c | -250.00 |
| Class 25 | Mortgage Bldg 3 370 | 1268 | 3/28/2016 | c | -250.00 |
| Class 25 | Mortgage Bldg 3 370 | 1450 | 6/29/2016 | c | -250.00 |
| Class 25 | Mortgage Bldg 3 370 | 1456 | 8/16/2016 | | -1,801.57 |
| **Class 25 Total** | | | | | -3,884.20 |
| Class 26 | Mortgage Bldg 4 394 | 1114 | 1/23/2015 | c | -693.84 |
| Class 26 | Mortgage Bldg 4 394 | 1062 | 3/17/2015 | c | -250.00 |
| Class 26 | Mortgage Bldg 4 394 | 1049 | 6/27/2015 | c | -250.00 |
| Class 26 | Mortgage Bldg 4 394 | 1153 | 9/25/2015 | c | -250.00 |
| Class 26 | Mortgage Bldg 4 394 | 1221 | 12/10/2015 | c | -250.00 |
| Class 26 | Mortgage Bldg 4 394 | 1267 | 3/28/2016 | c | -250.00 |
| Class 26 | Mortgage Bldg 4 394 | 1451 | 6/29/2016 | c | -250.00 |
| Class 26 | Mortgage Bldg 4 394 | 1457 | 8/16/2016 | | -2,431.76 |
| **Class 26 Total** | | | | | -4,625.60 |
| Class 27 | Mortgage Bldg 10 419 | 1115 | 1/23/2015 | c | -712.29 |
| Class 27 | Mortgage Bldg 10 419 | 1064 | 3/17/2015 | c | -250.00 |
| Class 27 | Mortgage Bldg 10 419 | 1050 | 6/27/2015 | c | -250.00 |
| Class 27 | Mortgage Bldg 10 419 | 1154 | 9/25/2015 | c | -250.00 |
| Class 27 | Mortgage Bldg 10 419 | 1222 | 12/10/2015 | c | -250.00 |
| Class 27 | Mortgage Bldg 10 419 | 1266 | 3/28/2016 | c | -250.00 |

| | | | | | |
|---|---|---|---|---|---|
| Class 27 | Mortgage Bldg 10 419 | 1452 | 6/29/2016 | c | -250.00 |
| Class 27 | Mortgage Bldg 10 419 | 1458 | 8/16/2016 | | -2,536.31 |
| **Class 27 Total** | | | | | -4,748.60 |
| Class 28 | Mortgage Bldg 11 450 | 1116 | 1/23/2015 | c | -720.57 |
| Class 28 | Mortgage Bldg 11 450 | 1063 | 3/17/2015 | c | -250.00 |
| Class 28 | Mortgage Bldg 11 450 | 1052 | 6/27/2015 | c | -250.00 |
| Class 28 | Mortgage Bldg 11 450 | 1155 | 9/25/2015 | c | -250.00 |
| Class 28 | Mortgage Bldg 11 450 | 1223 | 12/10/2015 | c | -250.00 |
| Class 28 | Mortgage Bldg 11 450 | 1265 | 3/28/2016 | c | -250.00 |
| Class 28 | Mortgage Bldg 11 450 | 1453 | 6/29/2016 | c | -250.00 |
| Class 28 | Mortgage Bldg 11 450 | 1459 | 8/16/2016 | | -2,583.23 |
| **Class 28 Total** | | | | | -4,803.80 |
| Class 4 | Mortgage # 232 9852 | 1106 | 1/12/2015 | c | -269.70 |
| Class 4 | Mortgage # 232 9852 | 1068 | 3/17/2015 | c | -100.00 |
| Class 4 | Mortgage # 232 9852 | 1059 | 6/27/2015 | c | -100.00 |
| Class 4 | Mortgage # 232 9852 | 1105 | 9/25/2015 | c | -100.00 |
| Class 4 | Mortgage # 232 9852 | 1202 | 12/10/2015 | c | -100.00 |
| Class 4 | Mortgage # 232 9852 | 1251 | 3/28/2016 | c | -100.00 |
| Class 4 | Mortgage # 232 9852 | 1432 | 6/30/2016 | c | -100.00 |
| Class 4 | Mortgage # 232 9852 | 1227 | 8/16/2016 | c | -928.30 |
| **Class 4 Total** | | | | | -1,798.00 |
| Class 5 | Mortgage # 235 9886 | 1107 | 1/12/2015 | c | -279.93 |
| Class 5 | Mortgage # 235 9886 | 1067 | 3/17/2015 | c | -100.00 |
| Class 5 | Mortgage # 235 9886 | 1061 | 6/27/2015 | c | -100.00 |
| Class 5 | Mortgage # 235 9886 | 1107 | 9/25/2015 | c | -100.00 |
| Class 5 | Mortgage # 235 9886 | 1203 | 12/10/2015 | c | -100.00 |
| Class 5 | Mortgage # 235 9886 | 1252 | 3/28/2016 | c | -100.00 |
| Class 5 | Mortgage # 235 9886 | 1434 | 6/30/2016 | c | -100.00 |
| Class 5 | Mortgage # 235 9886 | 1229 | 8/16/2016 | c | -986.27 |
| **Class 5 Total** | | | | | -1,866.20 |
| Class 6 | Mortgage # 220 6088 | 1121 | 1/16/2015 | c | 0.00 |
| Class 6 | Mortgage # 220 6088 | 1048 | 2/20/2015 | c | -232.44 |
| Class 6 | Mortgage # 220 6088 | 1113 | 3/17/2015 | c | -100.00 |
| Class 6 | Mortgage # 220 6088 | 1120 | 6/27/2015 | c | -100.00 |
| Class 6 | Mortgage # 220 6088 | 1108 | 9/25/2015 | c | -100.00 |
| Class 6 | Mortgage # 220 6088 | 1214 | 12/10/2015 | c | -100.00 |
| Class 6 | Mortgage # 220 6088 | 1258 | 3/28/2016 | c | -100.00 |
| Class 6 | Mortgage # 220 6088 | 1444 | 6/28/2016 | c | -100.00 |
| Class 6 | Mortgage # 220 6088 | 1241 | 8/16/2016 | c | -717.16 |
| **Class 6 Total** | | | | | -1,549.60 |
| Class 7 | Mortgage # 222 6104 | 1125 | 1/16/2015 | c | 0.00 |
| Class 7 | Mortgage # 222 6104 | 1050 | 2/20/2015 | c | -227.43 |
| Class 7 | Mortgage # 222 6104 | 1116 | 3/17/2015 | c | -100.00 |
| Class 7 | Mortgage # 222 6104 | 1123 | 6/27/2015 | c | -100.00 |
| Class 7 | Mortgage # 222 6104 | 1111 | 9/25/2015 | c | -100.00 |
| Class 7 | Mortgage # 222 6104 | 1217 | 12/10/2015 | c | -100.00 |
| Class 7 | Mortgage # 222 6104 | 1261 | 3/28/2016 | c | -100.00 |
| Class 7 | Mortgage # 222 6104 | 1447 | 6/28/2016 | c | -100.00 |
| Class 7 | Mortgage # 222 6104 | 1244 | 8/16/2016 | c | -688.77 |

| | | | | | |
|---|---|---|---|---|---:|
| **Class 7 Total** | | | | | -1,516.20 |
| Class 8 | Mortgage # 205 5073 | 1111 | 1/20/2015 | c | -260.01 |
| Class 8 | Mortgage # 205 5073 | 1054 | 3/17/2015 | c | -100.00 |
| Class 8 | Mortgage # 205 5073 | 1056 | 6/27/2015 | c | -100.00 |
| Class 8 | Mortgage # 205 5073 | 1159 | 9/25/2015 | c | -100.00 |
| Class 8 | Mortgage # 205 5073 | 1206 | 12/10/2015 | c | -100.00 |
| Class 8 | Mortgage # 205 5073 | 1255 | 3/28/2016 | c | -100.00 |
| Class 8 | Mortgage # 205 5073 | 1436 | 6/28/2016 | c | -100.00 |
| Class 8 | Mortgage # 205 5073 | 1232 | 8/16/2016 | c | -873.39 |
| **Class 8 Total** | | | | | -1,733.40 |
| Class 9 | Mortgage # 204 5448 | 1112 | 1/20/2015 | c | -289.50 |
| Class 9 | Mortgage # 204 5448 | 1055 | 3/17/2015 | c | -100.00 |
| Class 9 | Mortgage # 204 5448 | 1057 | 6/27/2015 | c | -100.00 |
| Class 9 | Mortgage # 204 5448 | 1160 | 9/25/2015 | c | -100.00 |
| Class 9 | Mortgage # 204 5448 | 1205 | 12/10/2015 | c | -100.00 |
| Class 9 | Mortgage # 204 5448 | 1254 | 3/28/2016 | c | -100.00 |
| Class 9 | Mortgage # 204 5448 | 1435 | 6/28/2016 | c | -100.00 |
| Class 9 | Mortgage # 204 5448 | 1234 | 8/16/2016 | c | -1,040.50 |
| **Class 9 Total** | | | | | -1,930.00 |
| | American Express Credit Card | 1101 | 1/16/2015 | c | -16.20 |
| | Bank of America Credit Card | 1102 | 1/21/2015 | c | -546.00 |
| | Kohls Credit Card | 1103 | 2/2/2015 | c | -1.60 |
| | Vystar Credit Card | 1045 | 2/23/2015 | c | -170.80 |

**Certificate of Service**

I hereby certify that, on October 5, 2016, the foregoing pleading was transmitted to the Clerk of the Court for uploading to the Case Management/Electronic Case Files System, which will send a notice of electronic filing to all parties who have consented to receiving electronic notifications in this case. Copies of the foregoing were also furnished on October 5, 2016 by U.S. Mail, postage prepaid to all creditors and parties in interest listed on the mailing matrix attached hereto.

*/s/ Robert A. Heekin, Jr.*
_____
Attorney

555

```
Label Matrix for local noticing           Aurora Bank FSB                           Aurora Bank, FSB
113A-3                                    PO Box 23028                              c/o R. Mark Peery, Esq
Case 3:12-bk-02937-JAF                    Tampa, FL 33623-2028                      6 Nashua Court
Middle District of Florida                                                          Suite D
Jacksonville                                                                        Baltimore, MD 21221-3124
Wed Oct  5 15:45:13 EDT 2016

Aurora Bank, FSB                          BANK OF AMERICA, N.A., SUCCESSOR BY MERGER T   Bank of New York as trustee for CWALT 2006-2
Kahane & Associates                       Butler and Hosch, PA                      c/o Shellpoint Mortgage Servicing
8201 Peters Road, Suite 3000              3185 S. Conway Road, Ste E                PO Box 10826
Plantation, FL 33324-3292                 Orlando, FL 32812-7315                    Greenville, SC 29603-0826


IberiaBank                                Nationstar Mortgage LLC                   Nationstar Mortgage, LLC
c/o J. Ellsworth Summers, Jr., Esq.       Kahane & Associates                       c/o R. Mark Peery, Esq
Rogers Towers, P.A.                       8201 Peters Road                          6 Nashua Court
1301 Riverplace Blvd., Suite 1500         Suite 3000                                Suite D
Jacksonville, FL 32207-9020               Plantation, FL 33324-3292                 Baltimore, MD 21221-3124


Santander Consumer USA Inc., an assignee of   Shellpoint Mortgage Servicing as servicer fo   Sutherland Asset I, LLC
PO Box 23028                              Greenspoon Marder, P.A.                   1140 Avenue of the Americas
Tampa, FL 33623-2028                      c/o Barry Turner, Esq.                    7th Floor
                                          Trade Centre South, Suite 700             New York, NY 10036-5803
                                          100 Cypress Creek Road
                                          Fort Lauderdale, FL 33309-2181


The Bank of New York Mellon FKA The Bank of   The Bank of New York Mellon et al.        The Bank of New York Mellon fka The Bank of
Butler & Hosch                            c/o Glen M. Lindsay                       c/o Kevin L. Hing
3185 S. Conway Road Suite E               P.O. Box 11438                            Shapiro, Fishman & Gach, LLP
Orlando, FL 32812-7315                    Ft. Lauderdale, FL 33339-1438             4630 Woodland Corporate Blvd., Ste 100
                                                                                    Tampa, FL 33614-2429


The Jacksonville Bank                     U.S. Bank National Association            Vystar Credit Union
c/o Brennan, Manna & Diamond, LP          Marinosci Law Group, PC                   c/o J. Ellsworth Summers, Jr.
Attn: Matthew P. Jackson                  c/o Bart Heffernan                        50 North Laura St., Ste. 3000
800 West Monroe Street                    100 W Cypress Creek Rd Ste 1045           Jacksonville, FL 32202-3658
Jacksonville, FL 32202-4836               Fort Lauderdale, FL 33309-2191


   Santander Consumer USA                 Adrian Rust, Esq.                         American Express
P.O. Box 560284                           Rogers Towers, P.A.                       P.O. Box 981535
Dallas, TX 75356-0284                     1301 Riverplace Blvd., #1500              El Paso, TX 79998-1535
                                          Jacksonville, FL 32207-9020


American Express Bank, FSB                Ashley West                               Aurora Bank FSB
c o Becket and Lee LLP                    1188 Gano Ave., #237                      c/o John C. Brock, Jr.
POB 3001                                  Orange Park, FL 32073-4619                Albertelli Law
Malvern, PA 19355-0701                                                              PO Box 23028
                                                                                    Tampa, FL 33623-2028


Aurora Bank, FSB                          Aurora Bank, FSB                          Aurora Bank, FSB c/o
1000 N. West St., #200                    2617 College Park                         Kahane & Associates, P.A.
Wilmington, DE 19801-1052                 P.O. Box 1706                             8201 Peters Road, Suite 3000
                                          Scottsbluff, NE 69363-1706                Plantation, FL 33324-3292


Aurora Loan Services, LLC                 Aurora Loan Services, LLC                 BANK OF NEW YORK as trustee CWALT 2006-26CB
P. O. Box 5180                            P.O. Box 2963                             c/o Shellpoint Mortgage Servicing
Attn: Cashiering                          Phoenix, AZ 85062-2963                    P.O. Box 10826
Denver, CO 80217-5180                                                               Greenville, SC 29603-0826
```

| | | |
|---|---|---|
| BSI Financial Services<br>c/o Leslie Rushing, Esq.<br>1475 Centrepark Blvd., Suite 130<br>West Palm Beach, Florida 33401-7424 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | Bank of America, N.A., Successor By merger<br>to BAC Home Loans Servicing, LP FKA<br>Countrywide Home Loans Servicing LP<br>Bnkptcy Dpt:  Mail Stop CA6-919-01-23,<br>400 National Way, Simi Valley, CA 93065 |
| Bart T. Heffernan, Esq.<br>Marinosci Law Group, PC<br>100 W. Cypress Creek Rd., #1045<br>Fort Lauderdale, FL 33309-2191 | Blair M. and Deborah D. Taylor<br>1188 Gano Ave., #215<br>Orange Park, FL 32073-4618 | Brian N. Krulick, Esq.<br>Brennan, Manna & Diamond, P.L.<br>800 W. Monroe St.<br>Jacksonville, FL 32202-4836 |
| Brittany N. Carr<br>1188 Gano Ave., #202<br>Orange Park, FL 32073-4612 | Brittany Ruiz and<br>Lorenzo Tyrone-Holt<br>1188 gano Ave., #232<br>Orange Park, FL 32073-4612 | Clay County Tax Collector<br>Post Office Box 218<br>Green Cove Springs FL 32043-0218 |
| Cody R. Sharp<br>1188 Gano Ave., #211<br>Orange Park, FL 32073-4618 | Daniel and Veronica Brown<br>1188 Gano Ave., #221<br>Orange Park, FL 32073-4617 | David B. Hollan<br>2405 Stonehaven Ct.<br>Orange Park, FL 32065-6380 |
| Debra Spittel<br>1188 Gano Ave., #208<br>Orange Park, FL 32073-4617 | Donna Catlett<br>1188 Gano Ave., #228<br>Orange Park, FL 32073-4612 | Elizabeth Wilson & Jamie Boyer<br>1188 Gano Ave., #230<br>Orange Park, FL 32073-4612 |
| Eric Knopp, Esq.<br>Kahane & Associates, P.A.<br>8201 Peters Rd., #3000<br>Plantation, FL 33324-3292 | Florida Dept. of Revenue<br>Bankruptcy Unit<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 | Henry L. Shomar, Esq.<br>Marinosci Law Group, PC<br>100 W. Cypress Creek Rd., #1045<br>Fort Lauderdale, FL 33309-2191 |
| Hollan Properties, LLC<br>2405 Stonehaven Ct. W.<br>Orange Park, FL 32065-6380 | IBERIABANK<br>c/o Mark S. Mitchell, Esq.<br>Rogers Towers, P.A.<br>1301 Riverplace Blvd., Ste. 1500<br>Jacksonville, FL 32207-9020 | IBERIABANK<br>c/o Michael S. Waskiewicz, Esq.<br>1301 Riverplace Blvd., Ste. 1500<br>Jacksonville, FL 32207-1811 |
| (p)IBERIABANK<br>10161 CENTURION PARKWAY<br>SUITE 350<br>JACKSONVILLE FL 32256-0523 | IberiaBank<br>P.O. Box 12440<br>New Iberia, LA 70562-2440 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA  19101-7346 |
| Isaac R. Cordova and<br>Dustin D. Burnette<br>1188 Gano Ave., #240<br>Orange Park, FL 32073-4619 | Jaqueline Tevere<br>1188 Gano Ave., #234<br>Orange Park, FL 32073-4612 | Jason Roman<br>1188 Gano Ave., #218<br>Orange Park, FL 32073-4618 |
| Jessica A. Craven, Esq.<br>Albertelli Law<br>P.O. Box 23028<br>Tampa, FL 33623-2028 | Joseph E. and Tamara L. Schmidl<br>1188 Gano Ave., #206<br>Orange Park, FL 32073-4617 | Julia Welch<br>1188 Gano Ave., #243<br>Orange Park, FL 32073-4619 |

| | | |
|---|---|---|
| Katherine Moore<br>1188 Gano Ave., #231<br>Orange Park, FL 32073-4612 | Kohl's<br>P.O. Box 2983<br>Milwaukee, WI 53201-2983 | Lisa Hall<br>1188 Gano Ave., #204<br>Orange Park, FL 32073-4617 |
| Lyn E. Turner<br>1188 Gano Ave., #203<br>Orange Park, FL 32073-4613 | Marcus and Chanelle Jackson<br>1188 Gano Ave., #200<br>Orange Park, FL 32073-4612 | Maribel Diaz, Esq.<br>Smith, Hiatt & Diaz, P.A.<br>P.O. Box 11438<br>Fort Lauderdale, FL 33339-1438 |
| Mark L. Vail<br>1188 Gano Ave., #223<br>Orange Park, FL 32073-4617 | Matthew H. and Lindsay S. Dickens<br>1188 Gano Ave., #209<br>Orange Park, FL 32073-4617 | Michael A. Shifrin, Esq.<br>Smith, Hiatt & Diaz, P.A.<br>P.O. Box 11438<br>Fort Lauderdale, FL 33339-1438 |
| Michael S. Waskiewicz, Esq.<br>Rogers Towers, P.A.<br>1301 Riverplace Blvd., Ste. 1500<br>Jacksonville, FL 32207-9020 | Michael and Dayonn Rees<br>1188 Gano Ave., #235<br>Orange Park, FL 32073-4612 | Nationstar Mortgage LLC<br>c/o Kahane & Associates<br>8201 Peters Road, Ste 3000<br>Plantation, FL 33324-3292 |
| (p)NATIONSTAR MORTGAGE LLC<br>PO BOX 619096<br>DALLAS TX 75261-9096 | North Florida Property Maintenance<br>84 28th Ave. S.<br>Jacksonville Beach, FL 32250-6019 | PNC Bank, N.A.<br>USX Tower<br>600 Grant St.<br>Mailstop P6-PUSX-36-1<br>Pittsburgh, PA 15219-2702 |
| PNC Bank, N.A.<br>f/k/a National City Mortgage Co.<br>P.O. Box 45401<br>Dayton, OH 45401-1024 | PNC Bank, National Association<br>PNC Mortgage<br>Attn: Bankruptcy<br>3232 Newmark Drive<br>Miamisburg, OH 45342-5433 | PNC Bank, National Association<br>c/o Jeffrey S. Fraser, Esq.<br>PO Box 23028<br>Tampa, FL 33623-2028 |
| PNC Bank, National Association<br>c/o John C. Brock, Jr.<br>PO Box 23028<br>Tampa, FL 33623-2028 | Patrick and Samantha Sanfilippo<br>1188 Gano Ave., #214<br>Orange Park, FL 32073-4618 | Ralph W. Confreda, Esq.<br>Smith, Hiatt & Diaz, P.A.<br>P.O. Box 11438<br>Fort Lauderdale, FL 33339-1438 |
| Raymond A. ad Corinthia E. Moorman<br>1188 Gano Ave., #238<br>Orange Park, FL 32073-4619 | Rowena L. Sirrine<br>1188 Gano Ave., #201<br>Orange Park, FL 32073-4612 | Ryan C. Wilson & Leanne M. McNeal<br>1188 Gano Ave., #219<br>Orange Park, FL 32073-4617 |
| Santander Consumer USA<br>P.O. Box 660633<br>Dallas, TX 75266-0633 | Santander Consumer USA Inc., an assignee of<br>c/o Albertelli Law<br>PO Box 23028<br>Tampa, FL 33623-2028 | Secretary of the Treasury<br>15th & Pennsylvania Ave., NW<br>Washington, DC 20220-0001 |
| Sha'ron Robinson<br>1188 Gano Ave., #233<br>Orange Park, FL 32073-4612 | Sharon L. Johnson<br>1188 Gano Ave., #239<br>Orange Park, FL 32073-4619 | Shellpoint Mortgage Sv for BAC<br>c/o Barry Turner<br>Trade Centre South, Ste 700<br>100 West Cypress Creek Rd.<br>Fort Lauderdale, FL 33309-2181 |

```
Steven Rose                          Steven T. and Tiffany G. Bowen         Terrence and Sandra Accra
1188 Gano Ave., #212                 1188 Gano Ave., #222                   1188 Gano Ave., #213
Orange Park, FL 32073-4618           Orange Park, FL 32073-4617             Orange Park, FL 32073-4618


The Bank of New York Mellon          The Bank of New York Mellon            The Bank of New York Mellon FKA The Bank of
One Wall St.                         c/o Kevin Hing                         3185 S. Conway Rd Suite E
New York, NY 10005-2588              4630 Woodland Corporate Blvd. Ste 100  Orlando FL 32812-7315
                                     Tampa, FL 33614-2429


The Bank of New York Mellon., et. al.  The Jacksonville Bank                The Jacksonville Bank
Glen M. Lindsay                        100 N. Laura St., #1000              76 S. Laura St.
2691 E Oakland Park Blvd STE 102       Jacksonville, FL 32202-3634          Jacksonville, FL 32202-3433
Ft. Lauderdale, FL 33306-1619


The Jacksonville Bank                Town of Orange Park                    U.S. Bank National Association
c/o Matthew T. Jackson/Robert Wilcox 2042 Park Ave.                         c/o Leslie Rushing, Esq.
800 West Monroe Street               Orange Park, FL 32073-5575             1475 Centrepark Blvd., Suite 130
Jacksonville, FL 32202-4836                                                 West Palm Beach, Florida 33401-7424


U.S. Bank, N.A.                      (p)U S SECURITIES AND EXCHANGE COMMISSION  US Bank National Association
225 Water St., #700                  ATLANTA REG OFFICE AND REORG               c/o Bart Heffernan
Jacksonville, FL 32202-5143          950 E PACES FERRY RD NE STE 900            Attorney for Secured Creditor
                                     ATLANTA GA 30326-1382                      100 W Cypress Creek Rd Ste 1045
                                                                                Fort Lauderdale, FL 33309-2191


United States Attorney               United States Trustee - JAX 11         (p)VYSTAR CREDIT UNION
300 North Hogan St Suite 700         Office of the United States Trustee    PO BOX 45085
Jacksonville, FL 32202-4204          George C Young Federal Building        JACKSONVILLE FL 32232-5085
                                     400 West Washington Street, Suite 1100
                                     Orlando, FL 32801-2210


VyStar Credit Union                  VyStar Credit Union                    Vystar Credit Union
P.O. Box 44174                       c/o Michael S. Waskiewicz              c/o J. Ellsworth Summers, Jr., Esq.
Jacksonville, FL 32231-4174          1301 Riverplace Blvd., Ste. 1500       Burr & Forman LLP
                                     Jacksonville, FL 32207-1811            50 N. Laura Street, Suite 3000
                                                                            Jacksonville, FL 32202-3658


Vystar Credit Union                  f/k/a AmNet Mortgage, Inc.             f/k/a AmNet Mortgage, Inc.
c/o J. Ellsworth Summers, Jr., Esq.  d/b/a American Mortgage Network        d/b/a American Mortgage Network
Rogers Towers, P.A.                  P.O. Box 85302                         P.O. Box 85463
1301 Riverplace Blvd., Suite 1500    San Diego, CA 92186-5302               San Diego, CA 92186
Jacksonville, FL 32207-9020


f/k/a America's Wholesale Lender     f/k/a America's Wholesale Lender       f/k/a Bank of America, N.A.
4500 Park Granada                    P.O. Box 660694                        P.O. Box 961291
MSN SVB-334                          Dallas, TX 75266-0694                  Fort Worth, TX 76161-0291
Calabasas, CA 91302-1613


f/k/a CapitalSouth Bank              f/k/a Countrywide Home Loans           f/k/a Lehman Brothers Bank, FSB
10696 St. Augustine Rd.              P.O. Box 961206                        400 Professional Dr., #500
Jacksonville, FL 32257-1000          ISAOA ATIMA FTWX-22                    Gaithersburg, MD 20879-3443
                                     Fort Worth, TX 76161-0206
```

| | | |
|---|---|---|
| f/k/a MERS<br>P.O. Box 2026<br>Flint, MI 48501-2026 | f/k/a MERS<br>c/o CT Corporation<br>1200 S. Pine Island Rd.<br>Plantation, FL 33324-4459 | f/k/a National City Mortgage<br>d/b/a Accubanc Mortgage<br>3232 Newmark Dr.<br>Miamisburg, OH 45342-5421 |
| f/k/a National City Mortgage Co.<br>d/b/a Accubanc Mortgage<br>P.O. Box 17677<br>Baltimore, MD 21297-1677 | f/k/a Wells Fargo Bank, N.A.<br>1 Home Campus<br>Des Moines, IA 50328-0001 | f/k/a Wells Fargo Bank, N.A.<br>2701 Wells Fargo Way<br>Minneapolis, MN 55467-8000 |
| f/k/a Wells Fargo Bank, N.A.<br>P.O. Box 100515<br>Florence, SC 29502-0515 | f/k/a Wells Fargo Home Mortgage<br>1200 W. 7th St., #L2-200<br>Los Angeles, CA 90017-6402 | f/k/a Wells Fargo Home Mortgage<br>P.O. Box 100515<br>Florence, SC 29502-0515 |
| f/k/a Wells Fargo Home Mortgage<br>P.O. Box 9039<br>Temecula, CA 92589-9039 | Marilyn M. Hollan<br>2405 Stonehaven Ct. W.<br>Orange Park, FL 32065-6380 | Robert A Heekin Jr<br>Thames Markey and Heekin, PA<br>50 N. Laura Street, Suite 1600<br>Jacksonville, FL 32202-3614 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Bank of America<br>P.O. Box 982235<br>El Paso, TX 79998-2235 | IberiaBank<br>1649 Atlantic Blvd.<br>Jacksonville, FL 32207 | Nationstar Mortgage, LLC<br>350 Highland Road<br>Lewisville, TX 75067 |
| (d)Nationstar Mortgage, LLC<br>PO Box 619096<br>Dallas, TX 75261-9741 | U.S. Securities & Exchange Commission<br>Reorganization Branch, Atlanta<br>3475 Lenox Rd., NE, Ste. 1000<br>Atlanta, GA 30326-1323 | VyStar Credit Union<br>4441 Wesconnett Blvd.<br>Jacksonville, FL 32210 |
| (d)VyStar Credit Union<br>P.O. Box 44068<br>Jacksonville, FL 32231-4068 | (d)VyStar Credit Union<br>P.O. Box 45085<br>Jacksonville, FL 32232-5085 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)BANK OF NEW YORK as trustee for CWALT 2006 | (u)BSI Financial Services Inc. | (u)PNC Bank National Association |

(du)PNC Bank, National Association   (u)PNC Bank, National Association, successor   (d)U.S. Bank National Association not in its


(d)Aurora Bank, FSB
c/o R. Mark Peery, Esq
6 Nashua Court, Suite D
Baltimore, MD 21221-3124

(d)Bank of New York as trustee for CWALT 2006
c/o Shellpoint Mortgage Servicing
PO Box 10826
Greenville, SC 29603-0826

(d)Iberiabank
c/o J. Ellsworth Summers, Jr., Esq.
Rogers Towers, P.A.
1301 Riverplace Blvd., Suite 1500
Jacksonville, FL 32207-9020


(d)Sutherland Asset I, LLC
1140 Avenue of the Americas, 7th Floor
New York, NY 10036-5803

(d)The Bank of New York Mellon et al.
c/o Glen M. Lindsay
P.O. Box 11438
Ft. Lauderdale, FL 33339-1438

End of Label Matrix
Mailable recipients    131
Bypassed recipients     11
Total                  142